THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Relator, v. STATE BOARD OF TAX COMMISSIONERS and CITY OF POUGHKEEPSIE. (Taxes 1908 to 1913, inclusive.) — Motion granted modifying former order so as merely to certify to the Court of Appeals that in the opinion of this court

a question of law is involved which ought to be reviewed by the Court of Appeals.